UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-81 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| DANNY LEE DEWEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:     Use of Minor for Production of Child Pornography

Date of Detention Hearing:    February 15, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant is charged by Indictment in the Western District of Tennessee with Use of a Minor for Production of Child Pornography, Case No. CR07-20047. Defendant has waived

DETENTION ORDER                                                                                                                              15.13
18 U.S.C. § 3142(i)                                                                                                                        Rev. 1/91
PAGE 1

an identity hearing and an order of transfer has been signed.

2. Defendant was not interviewed by Pretrial Services. There is limited background information available regarding defendant's personal history, residence, family ties, ties to this District, income, financial assets or liabilities, physical/mental health or controlled substance use if any. He has a criminal history that includes failures to appear with warrant activity.

3. Defendant does not contest detention but wishes the opportunity for local counsel in the District of Tennessee to present any additional evidence on the issue of detention to that court.

4. Defendant poses a risk of nonappearance due to lack of background information, a history of failing to appear and failing to comply and he appears to be on unsupervised probation. He poses a risk of danger due to the nature of the charges.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of February, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91